1  JAMES P. HURLEY
   Attorney for Debtors
2  411 North 2nd Street
3  Yakima WA  98901
   (509) 248-4282
4

5

6
                    UNITED STATES BANKRUPTCY COURT
7                   EASTERN DISTRICT OF WASHINGTON
8

9  In re:                          )
10                                 )  NO.  06-01117-JAR12
   LAURENCE E. RICE and DIANNE L. RICE,  )
11  husband and wife,              )  FINDINGS OF FACT AND
                                   )  CONCLUSIONS OF LAW
12              Debtors.           )  RE: CHAPTER 12 PLAN
13 _____)  CONFIRMATION

14

15      THIS MATTER having come on regularly for hearing before the Honorable John A.

16  Rossmeissl, United States Bankruptcy Judge for the Eastern District of Washington, by

17  telephone conference on April 4, 2007, Debtors appearing by and through their attorney of

18  record, JAMES P. HURLEY of Hurley & Lara, the Chapter 12 Trustee FORD ELSAESSER,

19  appearing in person and by written report, AmericanWest Bank appearing through JEFFREY R.

20  SIMPSON of Talbott, Simpson & Davis, P.S., and The Farm Service Agency appearing through

21  Assistant U.S. Attorney FRANK A. WILSON, and the Court having heard the testimony of the

22  Debtor and exhibits and evidence in support of the Order Confirming Debtor's Chapter 12 Plan,

23  and the stipulations of the parties having been recited in the First Amended Chapter 12 Plan,

24  and further evidenced by their signatures approving these Findings and the Amended Plan, the

    Court now makes the following:
25
                            FINDINGS OF FACT
26
        1.      The Plan complies with the provisions of Chapter 12 and with the other
27
    applicable provisions of Title 11, U.S. Code;
28

29  **FINDINGS OF FACT AND**
    **CONCLUSIONS OF LAW**
30  Page 1-

                                              HURLEY & LARA
                                              Attorneys at Law
                                              411 North 2nd Street
                                              Yakima, WA  98901
                                              (509)248-4282

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7, Title 11, U.S. Code, on such date.

5. The holder of each allowed secured claim has accepted the Plan.

The Court having entered its Findings of Fact, now enters the following:

CONCLUSIONS OF LAW

1. The Plan complies with the provisions of Chapter 12 and with other applicable provisions of Title 11, U.S. Code; and

2. The Court should confirm Debtor's Chapter 12 Plan as modified in the foregoing Findings of Fact regarding the stipulations and clarifications of the parties.

Presented by:

_____
JAMES P. HURLEY          WSBA #6615

Agreed to and Approved for Entry:

    waived signature
_____
FORD ELSAESSER
Chapter 12 Trustee

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 2-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

1    Agreed to and Approved for Entry:

2

3    _____
     JEFFREY SIMPSON          WSBA #8577
4    Attorney for AmericanWest Bank

5

6
     Agreed to and Approved for Entry:
7

8

9    _____
     FRANK A. WILSON
10   Assistant U.S. Attorney
     Attorney for The Farm Service Agency
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29   FINDINGS OF FACT AND
     CONCLUSIONS OF LAW
30   Page 3-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA  98901
(509)248-4282

1   Agreed to and Approved for Entry:

2

3   _____

    JEFFREY SIMPSON     WSBA #8577

4   Attorney for AmericanWest Bank

5

6

7   Agreed to and Approved for Entry:

8   

9   FRANK A. WILSON

10   Assistant U.S. Attorney

      Attorney for The Farm Service Agency

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29   **FINDINGS OF FACT AND**

      **CONCLUSIONS OF LAW**

30   Page 3-

04/18/2007 10:14:48 AM

_____

John A. Rossmeissl

Bankruptcy Judge

Attorneys at Law

411 North 2nd Street

Yakima, WA 98901

(509)248-4282